AO 442 (Rev. 01/09, MD 6/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America<br>v.<br><br>JUAN ENRIQUE DOMINGUEZ LOPEZ, aka Goofy<br>*Defendant* | )<br>)  Case No. JKB 16-0259<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JUAN ENRIQUE DOMINGUEZ LOPEZ, aka Goofy,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☒ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit a Violent Crime in Aid of Racketeering, 18 U.S.C. § 1959(a)(6);
Committing a Violent Crime in Aid of Racketeering, 18 U.S.C. § 1959(a)(2), (3), 18 U.S.C. § 2

Date:   August 16, 2016

_____
*Issuing officer's signature*

Address:   101 W. Lombard Street
            Baltimore, Md. 21201

United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* August 13, 2016, and the person was arrested on *(date)* August 24, 2016
at *(city and state)* Frederick, MD.

Date:   August 24, 2016

_____
*Arresting officer's signature*

Gregg S. Horner, Special Agent FBI
*Printed name and title*