IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | **CRIMINAL NO. JKB-16-259** |
| **JUAN ENRIQUE DOMINGUEZ LOPEZ,** | * | |
| **Defendant.** | * | |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in open court, IT IS HEREBY ORDERED:

1. Defendant's Motion in Limine regarding Law Enforcement Personnel (ECF No. 62) is DENIED WITHOUT PREJUDICE.

2. Defendant's Motion in Limine regarding Gruesome Evidence (ECF No. 63) is DENIED WITHOUT PREJUDICE.

3. Defendant's Motion for Notice of Expert Witnesses (ECF No. 64) is DENIED WITHOUT PREJUDICE.

4. Defendant's Motion for Rule of Completeness As It Relates to Recorded Conversations (ECF No. 65) is DENIED WITHOUT PREJUDICE.

5. Defendant's Motion to Sequester Witnesses (ECF No. 66) is GRANTED.

6. Defendant's Motion for Notice of Intent to Introduce Uncharged Misconduct (ECF No. 67) is DENIED WITHOUT PREJUDICE.

7. Defendant's Motion in Limine to Preclude Introduction and/or Display of Seized Items (ECF No. 69) is DENIED WITHOUT PREJUDICE.

8. Defendant's Motion to Suppress Physical Evidence (ECF No. 104) is DENIED.

9.  Defendant's Motion to Suppress Photo Identification (ECF No. 105) is DENIED AS MOOT.

10.  Defendant's Motion to Suppress Cell Phone Data (ECF No. 106) is DENIED AS HAVING BEEN WITHDRAWN.

DATED this 8th day of February, 2018.

BY THE COURT:

_____/s/_____
James K. Bredar
Chief Judge