IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Crim. No. JKB-16-259 |
| JUAN DOMINGUEZ-LOPEZ, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### MEMORANDUM AND ORDER

On February 9, 2023, Petitioner filed a pro se Motion for Compassionate Release and sought appointment of counsel. (ECF No. 1663.) After the Federal Public Defender declined to supplement his Motion or request appointment of counsel, (ECF No. 1677), the Court ordered the Government to respond by May 22, 2023. (ECF No. 1691.) The Government subsequently moved for extensions of time to respond on May 19, July 10, and August 22. (ECF Nos. 1701, 1720, 1729.) The Court has granted each of these extensions, most recently on August 23. (ECF Nos. 1703, 1721, 1730.)

In the first Motion for Extension of Time, the government simply cited to its "obligations on other matters." (ECF No. 1701 at 1.) In its second Motion for Extension of Time, the Government stated that it was working to respond but that the records from the Bureau of Prisons were "more voluminous than anticipated." (ECF No. 1720 at 1.) In its third Motion for Extension of Time, the Government stated that it "has been in the process of preparing to respond and has sought additional records from the Bureau of Prisons." (ECF No. 1729 at 1.) The Government says it has received the records "and should have everything necessary to respond to the motion"

but still needs "some additional time to do so." (*Id.*) Per this Court's August 23 Order, the deadline to respond is September 1, 2023. (ECF No. 1730.)

The Government has now had over six months to respond to Petitioner's Motion. The Government filed its most recent Motion for Extension of Time several days late with respect to the deadline that it had previously asked this Court to impose. (*See* ECF No. 1720 at 1.) If the Government wants the Court to consider its position on Petitioner's Motion, it SHALL RESPOND on or before September 1, 2023. The Government is CAUTIONED that the Court will not grant any further extensions beyond that date.

SO ORDERED.

DATED this 25 day of August, 2023.

BY THE COURT:

_____
James K. Bredar
Chief Judge